IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK MICHAEL KNOST,

    Petitioner,                             No. CIV S-08-2564 CHS P

    vs.

Joseph S. WARSHOLL, II,

    Respondent.                          <u>ORDER</u>

_____/

        Petitioner Patrick Michael Knost is a state prisoner proceeding through counsel with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. §2254. This case is submitted for decision but is currently unassigned to a United States District Judge. Since respondent did not indicate his consent to jurisdiction by United States Magistrate Judge, the Clerk of the Court shall assign this case to a United States District Judge in accordance with the Court's general assignment plan.

IT IS SO ORDERED.

Dated: March 1, 2010.

                                              CHARLENE H. SORRENTINO
                                              UNITED STATES MAGISTRATE JUDGE