IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK MICHAEL KNOST,

    Petitioner,   No. CIV S-08-2564 MCE CHS

    vs.

Joseph S. WARSHOLL, II,

    Respondent.

<u>ORDER</u>

_____/

    Petitioner, a state prisoner proceeding through counsel, has filed a timely notice of appeal of this court's order denying his application for writ of habeas corpus.

    On April 22, 2010, petitioner filed two motions requesting in forma pauperis status on appeal. The first, docketed 16, was accompanied by an exhibit obviously intended for another case. The second, docketed 18, was accompanied by an affidavit which meets the requirements of 28 U.S.C. §1915(a)(1). Because of his status as a prisoner, however, petitioner must submit, in addition to the affidavit required by §1915(a)(1), "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C.

1

1  §1915(a)(2).

2  Accordingly, petitioner's April 22, 2010 motions to proceed in forma pauperis on

3  appeal are denied at this time.

4  DATED: April 27, 2010

5  /s/ Charlene H. Sorrentino
   CHARLENE H. SORRENTINO
6  UNITED STATES MAGISTRATE JUDGE