IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK MICHAEL KNOST,

    Petitioner,                      No. CIV S-08-2564 MCE CHS

    vs.

Joseph S. WARSHOLL, II,

    Respondent.

## ORDER

        Petitioner's application for writ of habeas corpus was denied on March 29, 2010. Petitioner, through counsel, filed a timely notice of appeal. On April 27, 2010, petitioner's two motions filed on April 22, 2010 requesting in forma pauperis status on appeal were denied because he had not submitted a prison trust fund account statement pursuant to 28 U.S.C. §1915(a)(2).

        Although petitioner challenges his state court conviction, he is not a prisoner, and as such, need not comply with the requirements of §1915(a)(2). Thus, petitioner's April 22, 2010 motion docketed 18 made the required showing.

/////

/////

1

1         The court's April 27, 2010 order denying petitioner's motions to proceed in forma
2 pauperis on appeal is hereby vacated.  Good cause appearing, petitioner's motion docketed 18 is
3 granted and petitioner may proceed in forma pauperis on appeal.
4 IT IS SO ORDERED.
5 DATED: April 28, 2010

                                      */s/ Charlene H. Sorrentino*
                                      CHARLENE H. SORRENTINO
                                      UNITED STATES MAGISTRATE JUDGE