1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PATRICK MICHAEL KNOST,

11           Petitioner,                    No. CIV S-08-2564 MCE CHS

12      vs.

13   Joseph S. WARSHOLL, II,

14           Respondent.

15                            ORDER

16   _____/

17          Petitioner, a state prisoner proceeding through counsel, filed a timely notice of

18   appeal of this court's order denying his application for writ of habeas corpus.

19          Before petitioner can appeal this court's decision, a certificate of appealability

20   must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability may issue

21   under 28 U.S.C. § 2253 "if the applicant has made a substantial showing of the denial of a

22   constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate

23   which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

24          A certificate of appealability should be granted for any issue that petitioner can

25   demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

26   court, or is "'adequate to deserve encouragement to proceed further.'"  *Jennings v. Woodford*,

1

1   290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]

2          In this case, petitioner alleged that (1) insufficient evidence supported his

3   conviction; and (2) he received ineffective assistance of counsel at trial.  Petitioner has failed to

4   make a substantial showing of the denial of a constitutional right with respect to his insufficiency

5   of the evidence claim.  On the other hand, petitioner has demonstrated that his ineffective

6   assistance of counsel claim is debatable among jurists of reason and could be resolved differently

7   by a different court.

8          Accordingly, a certificate of appealability shall issue solely with respect to

9   petitioner's claim that he received ineffective assistance of counsel at trial.

10  IT IS SO ORDERED.

11   Dated:  April 28, 2010

12

13   _____
     MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25      [1]  Except for the requirement that appealable issues be specifically identified, the standard
     for issuance of a certificate of appealability is the same as the standard that applied to issuance of
26   a certificate of probable cause. *Jennings*, at 1010.